(111 So. 898)
**Gould SEXTON v. STATE. (4 Div. 315.)**

(Supreme Court of Alabama. March 24, 1927.)

Certiorari to Court of Appeals.

Frank B. Bricken, of Luverne, and T. E. Martin, of Montgomery, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM. Petition of Gould Sexton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Sexton v. State, 111 So. 897.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.